BElm.SUM

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC -8 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRIAN WILLIAM ELM, ) <br> ) <br> Defendant. ) <br> _____) | CRIMINAL CASE NO. 05-00053-005 <br><br> **UNITED STATES' MOTION FOR ISSUANCE OF SUMMONS** |

COMES NOW the United States of America and moves this Honorable Court to issue a summons for defendant BRIAN WILLIAM ELM, who is currently incarcerated at the Federal Correctional Institution, 3600 Guard Road, Lompoc, California 93436, based on an Indictment filed on December 7, 2005, charging the defendant with Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and 846, and Forfeiture Allegation, in violation of Title 21, United States Code, Section 853.

\\
\\
\\

| | |
|---|---|
| 1 | The government requests that a hearing date be set for approximately four weeks from today, to |
| 2 | allow sufficient time for defendant to be transported from California to Guam. |
| 3 | Respectfully submitted this 8th day of December, 2005. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney