BElm.ORD

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

DEC - 9 2005 9P

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                     )<br>                  Plaintiff,              )<br>                                                     )<br>          vs.                                    )<br>                                                     )<br>BRIAN WILLIAM ELM,             )<br>                                                     )<br>                  Defendant.         )<br>_____) | CRIMINAL CASE NO. 05-00053<br><br>ORDER |

This matter having come before the Court on a motion by the United States of America for the issuance of a Summons in the above-captioned matter; and the Court finding good cause for the issuance of a summons;

**IT IS HEREBY ORDERED** that the Clerk of Court issue a Summons for defendant BRIAN WILILAM ELM to appear before this Court on Friday, January 13, 2006, at 9:30 a.m.

**SO ORDERED** this ___9th___ day of December, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**