BElm2.WRT

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC 13 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00053-003 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **WRIT OF HABEAS CORPUS** |
| ) | **AD PROSEQUENDUM** |
| ) | |
| BRIAN WILLIAM ELM, ) | |
| ) | |
| Defendant. ) | |

TO: OFFICER IN CHARGE
    Federal Correctional Institute, Lompoc
    Lompoc, California

    This Court finds that BRIAN WILLIAM ELM, is now in the custody of the Federal Correctional Institute in Lompoc, California, and that said prisoner is required to appear before this Court on January 13, 2006, at 9:30 a.m. for his Initial Appearance in the United States District Court of Guam.

    **IT IS HEREBY ORDERED** that the Officer in Charge of the Federal Correctional Institute or his authorized agent, or any Federal law enforcement agent shall produce BRIAN WILLIAM ELM before this Court whenever necessary, hereafter to attend court appearances in the above-

\\

ORIGINAL

entitled case and upon completion of said prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to their place of confinement.

**SO ORDERED** this ___13th___ day of December, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Federal Magistrate Judge
District Court of Guam

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney



RECEIVED
DEC 13 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-