# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, | |
| Plaintiff, | Case No. 1:05-cr-00053-006 |
| vs. | |
| Brian William Elm, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the *Writ of Habeas Corpus Ad Prosequendum filed December 13, 2005*, on the dates indicated below:

*U.S. Marshals Service*
*December 14, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Writ of Habeas Corpus Ad Prosequendum filed December 13, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 14, 2005            /s/ Marilyn B. Alcon
                                              Deputy Clerk