```
                IN THE DISTRICT COURT OF GUAM
                      TERRITORY OF GUAM
                       CRIMINAL MINUTES
```



**FILED**
DISTRICT COURT OF GUAM
JAN 13 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00053**          **DATE: 01/13/2006**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**   Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles                                       Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 9:41:58 - 9:46:14**               CSO: F. Tenorio

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **A P P E A R A N C E S** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT: BRIAN WILLIAM ELM**                                **ATTY : CURTIS VAN DE VELD**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.        ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY: RUSSELL STODDARD**                        **AGENT: U.S. POSTAL INSPECTOR CRAIG HALES**

**U.S. PROBATION: CARLEEN BORJA**                          **U.S. MARSHAL: V. ROMAN / G. PEREZ**

**INTERPRETER:** _____   ( ) SWORN   **LANGUAGE:** _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROCEEDINGS:   INITIAL APPEARANCE AND ARRAIGNMENT
                 RE SECOND SUPERSEDING INDICTMENT**

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___   HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT   ( ) INFORMATION   ( ) INDICTMENT
( ) PLEA ENTERED:   ( ) *GUILTY*   ( ) *NOT GUILTY* - TO: _____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

**PROCEEDINGS CONTINUED TO: JANUARY 18, 2006 at 9:30 A.M.**
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( X ) DEFENDANT CURRENTLY DETAINED UNDER FEDERAL CUSTODY

**NOTES:**

<u>Mr. Van de Veld requested a one week continuance so that he may have an opportunity to consult with his client. The Government recommended a brief recess. Mr. Van de Veld renewed his request. The Court continued the hearing to January 18, 2006 at 9:30 a.m. before Judge Donald W. Molloy.</u>