

**FILED**
DISTRICT COURT OF GUAM
JAN 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

**CASE NO. CR-05-00053**      **DATE: 01/18/2006**

HON. DONALD W. MOLLOY, Designated Judge, Presiding      Law Clerk: Jeff Roth
Court Reporter: Wanda Miles      Courtroom Deputy: Virginia T. Kilgore
**Electronically Recorded: 9:35:58 - 9:46:59**      CSO: F. Tenorio

* * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: BRIAN WILLIAM ELM**      **ATTY : CURTIS VAN DE VELD**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.      ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD      AGENT: U.S. POSTAL INSPECTOR CRAIG HALES

U.S. PROBATION: STEPHEN GUILLIOT      U.S. MARSHAL: W. GRAY / G. PEREZ

INTERPRETER: _____ ( ) SWORN      LANGUAGE: _____

**PROCEEDINGS: CONTINUED ARRAIGNMENT**

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 30    HIGH SCHOOL COMPLETED: _____
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: COUNT I
( X ) DEFENDANT DENIED THE FORFEITURE ALLEGATION

( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: MARCH 7, 2006 AT 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( X ) DEFENDANT CURRENTLY DETAINED UNDER FEDERAL CUSTODY

**NOTES:**

The Court questioned the defendant regarding his financial status. The Court appointed Mr. Van de Veld to represent the defendant. Defense counsel requested the Court to have the government make reasonable accommodations so that he may discuss confidential information with his client. The Court ordered Government counsel to provide a report to the Court tomorrow regarding defense counsel's request.