ORIGINAL


**FILED**
DISTRICT COURT OF GUAM
JAN 18 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**CHRISTOPHER M. ESPINOSA, et al.,**<br><br>Defendants. | CRIMINAL CASE NO. **05-00053**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **CURTIS C. VAN DE VELD** is appointed to represent defendant **BRIAN WILLIAM ELM** in the above-entitled case *nunc pro tunc* to December 12, 2005.

Dated this 18th day of January, 2006

DONALD W. MOLLOY, Designated Judge
U.S. DISTRICT COURT OF GUAM