**VAN DE VELD SHIMIZU CANTO & FISHER**
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-1131
Fax: (671) 472-2886

Attorneys for Defendant: BRIAN WILLIAM ELM



**FILED**
DISTRICT COURT OF GUAM
IJAN 23 2006
**MARY L.M. MORAN**
**CLERK OF COURT**

# DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00016 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DECLARATION OF HOWARD TRAPP** |
| ) | |
| CHRSITOPHER M. ESPINOSA, ) | |
| JONATHAN E. CANOVAS, and ) | |
| BRIAN WILLIAM ELM, ) | |
| ) | |
| Defendant. ) | |

I, Howard Trapp, declare that I am an attorney admitted to the practice of law in the courts of Guam including the District Court of Guam;

2.      I am competent to testify to the matters stated herein;

3.      I regularly practice in the area of criminal defense, and I must often meet with persons incarcerated in the Guam Detention Facility and Federal Detention Facility, both of which are parts of the same place.

4.      The courtyard area of the facilities is not a place where a confidential attorney-client communication can be held. The area is adjacent to holding cells occupied by detainees, separated by only metal bars. Also, guards are usually in the immediate vicinity and

UNITED STATES OF AMERICA, Plaintiff v. BRIAN WILLIAM ELM, Defendant
Criminal Case No. CR-05-00016                                                          Page 1
MEMORANDA RE: ADEQUACY OF FACILITIES TO CONFER WITH CLIENT HELD IN DETENTION

Case 1:05-cr-00053     Document 128     Filed 01/23/2006     Page 1 of 3

frequently travel through the surrounding area during my meetings with clients. Many times while I am present with a client, other counsel, probation officers, and other persons will be within the same area, separated only by a few feet. In addition to being inadequate for confidential communications, the area is extremely uncomfortable. It has picnic tables with benches grouped under a twenty-foot by twenty-foot canopy. The canopy has numerous holes. When it rains, water reaches those underneath as a result of the wind blowing or holes in the canopy. When the sun is out and the wind is still, the area underneath the canopy is intolerably hot, and counsel and client perspire profusely. When the wind is strong, communications are even more difficult as papers and books must be secured to avoid them from blowing away;

5.     I am also familiar with a room prepared for use of video arraignments in the local court. The facility's supervisor's desk is within several feet of the door to that room. The door has a gap of three or so inches at the top and bottom and several inches on the sides. Guards, detainees, and other persons are usually in the area right outside the door. They can hear anything and everything being said. The room is a converted cell. It is adjacent to two occupied cells and several other cells used for storage.

6.     No other facility is made available for attorney-client conferences. There once was a room in another building equipped with stools and air conditioning. It was completely sealed and allowed for confidential communications. That room is no longer made available. I am informed and believe that it is used for the storage of kitchen supplies.

7.     I am concerned that I cannot carry on confidential communications with my clients without whispering when no one else is around the places provided for meeting with my clients;

---

UNITED STATES OF AMERICA, Plaintiff v. BRIAN WILLIAM ELM, Defendant
Criminal Case No. CR-05-00016                                 Page 2
MEMORANDA RE: ADEQUACY OF FACILITIES TO CONFER WITH CLIENT HELD IN DETENTION

Case 1:05-cr-00053    Document 128    Filed 01/23/2006    Page 2 of 3

8. I believe the court should undertake to have the United States Marshals Service provide a private location for attorney-client communications in a reasonable setting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2006, at Hagåtña, Guam.

HOWARD TRAPP

CCV:ccv
VSCF/B.W. ELM/CR000595

---

UNITED STATES OF AMERICA, Plaintiff v. BRIAN WILLIAM ELM, Defendant
Criminal Case No. CR-05-00016                                                    Page 3
MEMORANDA RE: ADEQUACY OF FACILITIES TO CONFER WITH CLIENT HELD IN DETENTION

Case 1:05-cr-00053      Document 128      Filed 01/23/2006      Page 3 of 3