| | |
|---|---|
| USA, | |
| Plaintiff, | Case No. 1:05-cr-00053-006 |
| vs. | |
| Brian William Elm, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the *CJA 20 Voucher filed January 25, 2006*, on the dates indicated below:

*Curtis Van de Veld*
*January 25, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 20 Voucher filed January 25, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 25, 2006   /s/ Marilyn B. Alcon
                            Deputy Clerk