VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-1131
Fax: (671) 472-2886

Attorneys for Defendant: BRIAN WILLIAM ELM

**FILED**
DISTRICT COURT OF GUAM
JAN 25 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRSITOPHER M. ESPINOSA, JONATHAN E. CANOVAS, and BRIAN WILLIAM ELM, <br><br> Defendant. | Criminal Case No. CR-05-00053 <br><br> **DECLARATION OF ATTORNEY JOHN T. GORMAN** |

## DECLARATION

I, JOHN T. GORMAN, hereby declare as follows:

1. That I am the Federal Public Defender for the District of Guam and have held this position since November, 2003. In addition, I was the Assistant Federal Public Defender for the District of Guam from September, 1997 to November, 2003.

2. That I have been a criminal defense attorney from August, 1992 to present and am licensed to practice law in the State of Pennsylvania, the Ninth Circuit Court of Appeals and the U.S. District Court in Guam.

UNITED STATES OF AMERICA, Plaintiff v. BRIAN WILLIAM ELM, Defendant
Criminal Case No. CR-05-00053
MEMORANDA RE: ADEQUACY OF FACILITIES TO CONFER WITH CLIENT HELD IN DETENTION
Page 1

Case 1:05-cr-00053   Document 130   Filed 01/25/2006   Page 1 of 3

3. That I have been an almost daily visitor to the Agana Federal Detention Facility from September, 1997 to present.

4. That there are two areas currently being utilized at the Agana Federal Detention Center for attorney-client consultations. The first area is an open courtyard, with picnic style tables under a canvas tent. This courtyard is extremely hot and uncomfortable in dry weather. During rainy weather, it provides inadequate shelter from the elements and it is nearly impossible to keep clients and important paperwork dry. It is open air and often crowded with other attorneys, prison guards and employees and other detainees and effectively prevents confidential attorney-client communication.

5. That the second area now being used for attorney-client consultations is an indoor room designed for video arraignments. There are two holding cells directly across a small hallway from this room. The most glaring deficiency in this area is that it does not provide a soundproof room for confidential attorney-client consultation. Thus, prison guards, prison employees and other inmates working and walking just outside this room are able to hear confidential attorney-client consultations.

6. That the above two areas currently available for attorney-client consultation are inadequate for the reasons stated above. Most importantly, neither area offers a confidential setting for attorney-client consultations. The majority of our clients are cooperating with the government and the nature and extent of their cooperation must be kept confidential to protect their safety and the value of their information. Our remaining clients are contesting the government's charges through trial by jury, and confidentiality is of paramount importance to them also. This lack of confidential attorney-client consultation effectively undermines the formation of a trusting attorney-client relationship and hinders true

UNITED STATES OF AMERICA, Plaintiff v. BRIAN WILLIAM ELM, Defendant
Criminal Case No. CR-05-00016
MEMORANDA RE: ADEQUACY OF FACILITIES TO CONFER WITH CLIENT HELD IN DETENTION
Page 2

Case 1:05-cr-00053   Document 130   Filed 01/25/2006   Page 2 of 3

communication and a client's assistance in their own defense, thus negatively implicating our clients' constitutional rights to effective counsel and due process of law.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Mongmong, Guam, January 23, 2006

JOHN T. GORMAN

UNITED STATES OF AMERICA, Plaintiff v. BRIAN WILLIAM ELM, Defendant
Criminal Case No. CR-05-00016
MEMORANDA RE: ADEQUACY OF FACILITIES TO CONFER WITH CLIENT HELD IN DETENTION
Page 3

Case 1:05-cr-00053   Document 130   Filed 01/25/2006   Page 3 of 3