**FILED**
DISTRICT COURT OF GUAM
JAN 30 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 05-00053 |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| CHRISTOPHER M. ESPINOSA, JONATHAN E. CANOVAS, and BRIAN WILLIAM ELM, | |
| Defendants. | |

The defendant and counsel came before this Court on January 18, 2006 for the defendant's arraignment. At that time, counsel appointed to represent the defendant informed the Court that the facilities to confer with the defendant were inadequate. The Court hereby refers this matter to the U.S. Magistrate Judge to make a determination as to whether these facilities are indeed inadequate.

IT IS SO ORDERED, this 27th day of January, 2006.

DONALD W. MOLLOY*
District Judge

---

* The Honorable Donald W. Molloy, United States Chief District Judge for the District of Montana, sitting by designation.