CEspinosa.ORD

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR - 1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER M. ESPINOSA and BRIAN WILLIAM ELM, <br><br> Defendant. | CRIMINAL CASE NO. 05-00053 <br><br> **ORDER GRANTING GOVERNMENT'S REQUEST TO USE COURT'S EQUIPMENT** |

**IT IS HEREBY ORDERED** that the Government shall have use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning March 7, 2006.

SO ORDERED this 1st day of March 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**