**FILED**
DISTRICT COURT OF GUAM

MAR - 2 2006

**MARY L.M. MORAN**
**CLERK OF COURT**



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00053 |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER M. ESPINOSA and BRIAN WILLIAM ELM, | |
| Defendant. | |

It is HEREBY ordered that a final pretrial conference is scheduled for March 6, 2006 at 1:30 p.m. before the Honorable James L. Robart.*

SO ORDERED this 2 nd day of March, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

---

*The Honorable James L. Robart, United States District Judge for the Western District of Washington by designation.

ORIGINAL