CEspinosa.VER

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

MAR - 3 2006 ʼP

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, | |
| vs. | **UNITED STATES'** [PROPOSED] **VERDICT FORMS** |
| CHRISTOPHER M. ESPINOSA and BRIAN WILLIAM ELM, | |
| Defendants. | |

COMES NOW the United States and provides the proposed Verdict Form for use concerning defendants, CHRISTOPHER M. ESPINOSA and BRIAN WILLLIAM ELM.

Respectfully submitted this ___ day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER M. ESPINOSA,<br>and BRIAN WILLIAM ELM,<br><br>Defendants. | CRIMINAL CASE NO. 05-00053<br><br>**VERDICT FORM** |

**COUNT 2 - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled cause unanimously find the defendant, CHRISTOPHER M. ESPINOSA: Violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2:

/ /   NOT GUILTY

/ /   GUILTY

**COUNT 3 - MONEY LAUNDERING CONSPIRACY**

We, the Jury, in the above-entitled cause unanimously find the defendant, CHRISTOPHER M. ESPINOSA: Violation of Title 18, United States Code, Sections 1956(h):

/ /   NOT GUILTY

/ /   GUILTY

- 1 -

## COUNT 4 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, CHRISTOPHER M. ESPINOSA: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ / NOT GUILTY

/ / GUILTY

## COUNT 5 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, CHRISTOPHER M. ESPINOSA: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ / NOT GUILTY

/ / GUILTY

## COUNT 6 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, CHRISTOPHER M. ESPINOSA: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ / NOT GUILTY

/ / GUILTY

# COUNT 7 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, CHRISTOPHER M. ESPINOSA: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ / NOT GUILTY

/ / GUILTY

DATED this _____ of March, 2006, at Hagatna, Guam.

_____
FOREPERSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER M. ESPINOSA<br>and BRIAN WILLIAM ELM,<br><br>Defendant. | CRIMINAL CASE NO. 05-00053<br><br>**VERDICT FORM** |

### COUNT 3 - MONEY LAUNDERING CONSPIRACY

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Section 1956(h) :

/ / NOT GUILTY

/ / GUILTY

### COUNT 8 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/ / NOT GUILTY

/ / GUILTY

### COUNT 9 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/ / NOT GUILTY

/ / GUILTY

- 1 -

## COUNT 10 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/ / NOT GUILTY

/ / GUILTY

## COUNT 11 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/ / NOT GUILTY

/ / GUILTY

## COUNT 12 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/ / NOT GUILTY

/ / GUILTY

## COUNT 13 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/ / NOT GUILTY

/ / GUILTY

## COUNT 14 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/  /    NOT GUILTY

/  /    GUILTY

## COUNT 15 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/  /    NOT GUILTY

/  /    GUILTY

## COUNT 16 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/  /    NOT GUILTY

/  /    GUILTY

## COUNT 17 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/  /    NOT GUILTY

/  /    GUILTY

- 3 -

Case 1:05-cr-00053   Document 170   Filed 03/03/2006   Page 7 of 8

## COUNT 18 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/ / NOT GUILTY

/ / GUILTY


## COUNT 19 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2 :

/ / NOT GUILTY

/ / GUILTY


DATED this _____ of March, 2006, at Hagatna, Guam.

_____
FOREPERSON