## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
MAR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00053**          **DATE: 03/06/2006**

| | |
|---|---|
| HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge | Law Clerk: Judith Hattori |
| Court Reporter: Wanda Miles | Courtroom Deputy: Virginia T. Kilgore |
| Hearing Electronically Recorded: 1:10:21 - 1:16:53 | CSO: B. Benavente / P. Taijeron |

(179)

******************** **APPEARANCES** ***************************

**DEFT:** CHRISTOPHER M. ESPINOSA          **ATTY:** JOYCE TANG for G. PATRICK CIVILLE
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**DEFT:** BRIAN WILLIAM ELM          **ATTY:** CURTIS VAN DE VELD
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY:** RUSSELL STODDARD          **AGENT:** CRAIG HALES, U.S. POSTAL INSPECTOR

**U.S. PROBATION:** JOHN SAN NICOLAS          **U.S. MARSHAL:** V. ROMAN / G. PEREZ

**PROCEEDINGS: CONTINUED ARRAIGNMENT RE THIRD SUPERSEDING INDICTMENT**

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:
( X ) DEFENDANTS SWORN AND EXAMINED: HIGH SCHOOL COMPLETED:_____
( X ) DEFENDANTS ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANTS REGARDING THEIR PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANTS OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT  ( ) INFORMATION  ( X ) THIRD SUPERSEDING INDICTMENT
( X ) PLEAS ENTERED: ( ) *GUILTY*  ( X ) *NOT GUILTY* - TO: ALL COUNTS IN THE THIRD SUPERSEDING INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( ) CONTINUED ARRAIGNMENT SET FOR:_____ at _____

( ) DEFENDANTS TO BE RELEASED ON BOND (see attached release conditions)
( X ) DEFENDANTS TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Courtroom Deputy: