**FILED**

DISTRICT COURT OF GUAM

MAR 1 0 2006 *qp*

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, | ) | |
| vs. | ) | |
| BRIAN WILLIAM ELM, *et al.*, | ) | **ORDER** |
| Defendants. | ) | |

On March 9, 2006, the above-defendant filed a Motion for Severance. In light of the impending April 2006 trial date, the Government shall file a response to the motion no later than Friday, March 17, 2006, at 12 noon. The Defendant shall file a reply brief by Tuesday, March 21, 2006. A hearing on the motion shall be held on Friday, March 24, 2006, at 9:30 a.m.

SO ORDERED this *10th* day of March 2006.


JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**