# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

|  |  |
|---|---|
| USA, | Case No. 1:05-cr-00053-006 |
| Plaintiff, |  |
| vs. |  |
| Brian William Elm, | **CERTIFICATE OF SERVICE** |
| Defendant. |  |

The following office(s)/individual(s) acknowledged receipt of the ***Order Setting Hearing filed March 10, 2006,*** on the dates indicated below:

| *U.S. Attorney's Office* | *Curtis Van de Veld* | *G. Patrick Civille* | *U.S. Probation Office* |
|---|---|---|---|
| *March 10, 2006* | *March 10, 2006* | *March 10, 2006* | *March 10, 2006* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Setting Hearing filed March 10, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 15, 2006                                /s/ Marilyn B. Alcon
                                                              Deputy Clerk