IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
MAR 24 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00053          DATE: 3/24/2006

***

HON. JOAQUIN V.E. MANIBUSAN, JR., U.S. Magistrate Judge    Law Clerk: J. Hattori
Court Reporter: Wanda Miles                                 Courtroom Deputy: Marilyn Alcon
**Electronically Recorded: (9:37:20 - 9:58:37)**           CSO: B. Benavente/J. Lizama
SEALED Side Bar: (9:55:27 - 9:58:20)

************************ APPEARANCES ****************************

**DEFT: BRIAN WILLIAM ELM**                                **ATTY: CURTIS VAN DE VELD**
(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.               (X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                               AGENT: PAUL GRIFFITH, DEA

U.S. PROBATION:                                            U.S. MARSHAL: D. PUNZALAN/V. ROMAN/C. MARQUEZ

OTHERS PRESENT: CHRISTOPHER ESPINOSA and G. PATRICK CIVILLE (appearing telephonically)

***

PROCEEDINGS:    MOTION TO SEVER DEFENDANT

(X) MOTION ARGUED BY   (X) PLAINTIFF   (X) DEFENDANT
(X) MOTION __ Granted  X  Denied ____ Settled ____ Withdrawn ____ Under Advisement
( ) ORDER SUBMITTED ____ Approved ____ Disapproved
( ) ORDER to be Prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

Government opposed the Motion to Sever Defendant.

Defense counsel moved to continue the trial and stated his reasons. The Court acknowledged the motion and informed counsel that the motion will be decided by the district judge. Mr. Van de Veld stated to the Court that Mr. Stoddard had no objection. Mr. Civille, counsel for defendant Christopher Espinosa, also informed the Court that he will be submitting a motion and declaration to continue the trial. The Court permitted Mr. Civille to submit his motion via facsimile with original to follow.

Courtroom Deputy: _mba_