IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

# FILED
DISTRICT COURT OF GUAM
APR 11 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00053**      **DATE: 4/11/2006**

*********************************************************

HON. ROGER T. BENITEZ, Designated Judge, Presiding
Court Reporter: Wanda Miles
Electronically Recorded: 1:12.00 - 1:35.35

Law Clerk: NONE PRESENT
Courtroom Deputy: Glenn Rivera
CSO: N. Edrosa/J. Lizamo

* * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * *

**DEFT: CHRISTOPHER M. ESPINOSA**    **ATTY : G. PATRICK CIVILLE**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: BRIAN WILLIAM ELM**    **ATTY : CURTIS VAN DE VELD**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD      AGENT: PAUL GRIFFITH, DEA

U.S. PROBATION: ROSSANNA VILLAGOMEZ-AGUON    U.S. MARSHAL: V. ROMAN/D. PUNZALAN

*********************************************************

## PROCEEDINGS:  STATUS CONFERENCE

( ) DEFENDANT SWORN AND EXAMINED: AGE: ___ HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

( X ) DEFENDANTS TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____

NOTES:

ATTORNEY VAN DE VELD NOTIFIED THE COURT OF A POSSIBLE CONFLICT OF INTEREST WITH HIS
OFFICE REPRESENTING HIS CLIENT IN THIS CASE, AND OF HIS INTENTION TO FILE A MOTION TO
DISQUALIFY HIMSELF FROM REPRESENTING HIS CLIENT.

THE COURT SET A HEARING ON THE MOTION FOR DISQUALIFICATION OF ATTORNEY VAN DE VELD
FOR MAY 12, 2006 AT 9:30AM BEFORE MAGISTRATE JUDGE MANIBUSAN.