ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR 14 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER M. ESPINOSA, JONATHAN E. CANOVAS, and BRIAN WILLIAM ELM,<br><br>Defendants. | Criminal Case No. 05-00053<br><br>**ORDER re: TRIAL SETTING** |

The defendants and counsel came before this Court on April 11, 2006, for a status hearing. At that time, counsel indicated that the trial may take longer than the time the Court had allocated to hear it. Accordingly, the Court reschedules this trial from May 15, 2006, to May 8, 2006, at 1:30 p.m. before the Honorable John C. Coughenour.* The parties should be prepared to go forward on this date and make whatever arrangements deemed necessary.

**IT IS SO ORDERED**, this 14 day of April, 2006.

ROGER T. BENITEZ**
District Court of Guam

---

*The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, by designation.

**The Honorable Roger T. Benitez, United States Senior District Judge for Southern District of California, by designation.