| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>vs.<br><br>Christopher M. Espinosa, et al.,<br><br>    Defendant. | Case No. 1:05-cr-00053<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order re Trial Setting and Order filed April 14, 2006,* on the dates indicated below:

*U.S. Attorney's Office*     *Curtis Van de Veld*     *G. Patrick Civille*     *U.S. Probation Office*
*April 14, 2006*             *April 14, 2006*         *April 14, 2006*        *April 14, 2006*
*U.S. Marshals Service*
*April 14, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order re Trial Setting and Order filed April 14, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 14, 2006                               /s/ Marilyn B. Alcon
                                                        Deputy Clerk