DISTRICT COURT OF GUAM
TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
APR 14 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER M. ESPINOSA,
JONATHAN E. CANOVAS, and
BRIAN WILLIAM ELM,

Defendants.

Criminal Case No. 05-00053

**ORDER re: MOTION FOR RECONSIDERATION AND REQUEST FOR RELIEF**

This case is before the Court on the Government's Motion for Reconsideration and Request for Relief. The Government requests that the trial date in this matter be rescheduled from May 8, 2006, until sometime after May 15, 2006. The Court would like to accommodate the Government's request, however, its own schedule makes that impossible. If the assigned Government attorney is unavailable, someone else in his office will have to try the case. The Court notes that this is not the first time this matter has had to be moved. Moreover, defendant Espinosa has indicated that he would like to go to trial as soon as possible. Therefore, in the interest of justice and judicial economy, the trial date of May 8, 2006 remains unchanged.

**IT IS SO ORDERED**, this /4 day of April, 2006.

ROGER T. BENITEZ*
District Court of Guam

---

*The Honorable Roger T. Benitez, United States Senior District Judge for Southern District of California, by designation.