IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
***AMENDED* CRIMINAL MINUTES**

FILED
DISTRICT COURT OF GUAM
APR 14 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00053      DATE: 4/11/2006

HON. ROGER T. BENITEZ, Designated Judge, Presiding      Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles      Courtroom Deputy: Glenn Rivera
**Electronically Recorded:** 1:12.00 - 1:35.35      CSO: N. Edrosa/J. Lizamo

**APPEARANCES**

DEFT: CHRISTOPHER M. ESPINOSA      ATTY: G. PATRICK CIVILLE
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.      (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

DEFT: BRIAN WILLIAM ELM      ATTY: CURTIS VAN DE VELD
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.      (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD      AGENT: PAUL GRIFFITH, DEA

U.S. PROBATION: ROSSANNA VILLAGOMEZ-AGUON      U.S. MARSHAL: V. ROMAN/D. PUNZALAN

**PROCEEDINGS: STATUS CONFERENCE**

( ) DEFENDANT SWORN AND EXAMINED: AGE: ___ HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

(X) DEFENDANTS TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* (X) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____

**NOTES:**

ATTORNEY VAN DE VELD NOTIFIED THE COURT OF A POSSIBLE CONFLICT OF INTEREST WITH THE *FEDERAL PUBLIC DEFENDER'S OFFICE REPRESENTING CO-DEFENDANT IN THIS CASE, AND OF HIS INTENTION TO FILE A MOTION TO DISQUALIFY THEIR OFFICE.*

THE COURT SET A HEARING ON THE MOTION FOR DISQUALIFICATION OF *THE FEDERAL PUBLIC DEFENDER* FOR MAY 12, 2006 AT 9:30AM BEFORE MAGISTRATE JUDGE MANIBUSAN.