CEspinosa.TAL

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY - 5 2006
MARY L.M. MORAN
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRIAN WILLIAM ELM, Defendants. | CRIMINAL CASE NO. 05-00053 **UNITED STATES' THIRD AMENDED EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court a Third Amended Exhibit List, with the following exhibits, to be introduced in its case-in-chief:

RESPECTFULLY submitted this 5th day of May, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: [signature] for
RUSSELL C. STODDARD
First Assistant U.S. Attorney

ORIGINAL

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Photograph of Box before opened by Postal Inspector | | |
| 2a. | Methamphetamine | | |
| 2b. | Photo of Methamphetamine, GCPO-018-05, June 17, 2005 | | |
| 3. | U.S. Postal Inspection Service Forensic Lab Report dated August 1, 2005 | | |
| 4. | Phone Toll Records for (671) 777-6211, Aponik's cell phone | | |
| 5. | Bank of Guam deposit receipts | | |
| 6. | Bank of Guam records, account number 202214688 | | |
| 7. | I-CONNECT Subscriber Information and Phone Toll Records for (671) 888-9405 | | |
| 8. | Summary Exhibit (Count 8) | | |
| 9. | Summary Exhibit (Count 9) | | |
| 10. | Summary Exhibit (Count 10) | | |
| 11. | Summary Exhibit (Count 11) | | |
| 12. | Summary Exhibit (Count 12) | | |
| 13. | Summary Exhibit (Count 13) | | |
| 14. | Summary Exhibit (Count 14) | | |
| 15. | Summary Exhibit (Count 15) | | |
| 16. | Summary Exhibit (Counts 16 & 17) | | |
| 17. | Summary Exhibit (Count 18) | | |
| 18. | Summary Exhibit (Count 19) | | |
| 19. | Plea Agreement of Eric Aponik | | |
| 20. | Plea Agreement of John V.M. Cruz | | |
| 21. | Plea Agreement of Jonathan Canovas | | |
| 22. | Plea Agreement of Jarett J. Elm | | |
| 23. | Plea Agreement of Christopher Espinosa | | |

24. Summary of Money Exchanged - Charged in Superseding Indictment (with supporting documents): Bank of America records (pages 2 through 22); Bank of Hawaii records (pages 23 through 28); Western Union records (pages 29 through 31); and Government Exhibit 6 ________ ________

25. Summary of Additional Money Exchanged - Not Charged (with supporting documents): Western Union records (pages 2 through 36) ________ ________