CEspinosa.2AWL

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY -5 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRIAN WILLIAM ELM,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 05-00053<br><br>**UNITED STATES' SECOND AMENDED WITNESS LIST** |

COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

Respectfully submitted this 5th day of May, 2006.

　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　Districts of Guam and NMI

By:　_/s/ Karon V. Johnson for_
　　　RUSSELL C. STODDARD
　　　First Assistant U.S. Attorney

## WITNESS LIST

1) Craig M. Hales
   U.S. Postal Inspector, U.S. Postal Inspection Service

2) Erik Aponik

3) Jarett Elm

4) Jonathan Canovas

5) Christopher M. Espinosa

6) John V. M. Cruz

7) Simonique M. Avilez
   Senior Forensic Chemist, U.S. Postal Inspection Service

8) IT & E, Custodian of Records

9) Bank of Guam, Custodian of Records

10) Paul Griffith
    Special Agent, Drug Enforcement Administration

11) I-Connect
    Custodian of Records

12) Western Union, Custodian of Records

13) Bank of Hawaii, Custodian of Records

14) Bank of America, Custodian of Records

15) Nextel, Custodian of Records

16) Sprint Nextel, Custodian of Records

\\
\\
\\
\\
\\
\\
\\
\\