BElm.AVF

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America



FILED
DISTRICT COURT OF GUAM
MAY -5 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRIAN WILLIAM ELM,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 05-00053<br><br>**UNITED STATES' AMENDED VERDICT FORMS** |

COMES NOW the United States and provides the proposed Amended Verdict Form for use concerning defendant, BRIAN WILLIAM ELM.

Respectfully submitted this 5th day of May, 2006.

　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　By: _____
　　　　　　　　　　　　RUSSELL C. STODDARD
　　　　　　　　　　　　First Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00053 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| BRIAN WILLIAM ELM, | ) | **AMENDED VERDICT FORM** |
| Defendant. | ) | |

**COUNT I - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled action, hereby FIND the defendant, BRIAN WILLIAM ELM: Violation of Title 21, United States Code, Sections 841(a)(1),(b)(1)(a)(viii) and 846:

/ / NOT GUILTY

/ / GUILTY

as charged in Count 1 of the Third Superseding Indictment.

1. If you find the defendant BRIAN WILLIAM ELM guilty as charged in Count 1 of the Third Superseding Indictment, do you unanimously find beyond a reasonable doubt that the controlled substance that defendant BRIAN WILLIAM ELM conspired to distribute was methamphetamine hydrochloride?

_____ Yes

_____ No

2. If you find beyond a reasonable doubt that the controlled substance BRIAN WILLIAM ELM conspired to distribute was methamphetamine hydrochloride, do you unanimously find beyond a reasonable doubt that the total amount of methamphetamine hydrochloride defendant BRIAN WILLIAM ELM either directly distributed or agreed, understood, or reasonably could have foreseen would be distributed by other co-conspirators in furtherance of the conspiratorial agreement was:

_____ at least 50 grams or more of methamphetamine hydrochloride;

OR

_____ at least 5 grams but less than 50 grams of methamphetamine hydrochloride;

OR

_____ a detectable amount but less than 5 grams of methamphetamine hydrochloride.

## COUNT 3 - MONEY LAUNDERING CONSPIRACY

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(h):

/ / NOT GUILTY

/ / GUILTY

## COUNT 8 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ / NOT GUILTY

/ / GUILTY

## COUNT 9 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ /   NOT GUILTY

/ /   GUILTY

## COUNT 10 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ /   NOT GUILTY

/ /   GUILTY

## COUNT 11 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ /   NOT GUILTY

/ /   GUILTY

## COUNT 12 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ /   NOT GUILTY

/ /   GUILTY

- iii -

Case 1:05-cr-00053   Document 230   Filed 05/05/2006   Page 4 of 6

## COUNT 13 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ /  NOT GUILTY

/ /  GUILTY

## COUNT 14 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ /  NOT GUILTY

/ /  GUILTY

## COUNT 15 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ /  NOT GUILTY

/ /  GUILTY

## COUNT 16 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ /  NOT GUILTY

/ /  GUILTY

## COUNT 17 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ /   NOT GUILTY

/ /   GUILTY

## COUNT 18 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ /   NOT GUILTY

/ /   GUILTY

## COUNT 19 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ /   NOT GUILTY

/ /   GUILTY

DATED this _____ of May, 2006, at Hagatna, Guam.

_____
FOREPERSON