```
                                                    FILED
                                            DISTRICT COURT OF GUAM
                                                  MAY -8 2006
                                                MARY L.M. MORAN
                                                 CLERK OF COURT
```

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER M. ESPINOSA, and<br>BRIAN WILLIAM ELM<br><br>Defendant. | Criminal Case No. 05-00053<br><br><br>ORDER |

The trial in this case is presently scheduled for Monday, May 8, 2006. All trial documents should have been submitted as of May 1, 2006. To the extent they have not been so filed, the parties are to file any outstanding documents immediately. In addition, a final pretrial conference is scheduled for May 8, 2006 at 9:30 a.m. before the Honorable John C. Coughenour.*

SO ORDERED this 7th day of May, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

---

*The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, by designation.