

FILED
DISTRICT COURT OF GUAM
MAY - 8 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT COURT

Deputy Clerk: Julie Mahnke

Court Reporter: Miles      Date: 5-8-06

MINUTES      9:44:32 - 9:51:45

CASE NO. CR05-53      CASE NAME: US v. Brian Elm

COUNSEL FOR PLTF: ~~Stoddard~~ Johnson

COUNSEL FOR DEFT: Van de Veld

( ) JURY TRIAL      ( ) COURT TRIAL   (✓) HEARING HELD

( ) Jury impaneled and sworn. (see jury list on reverse)

( ) Jury/Court trial held, ____ day.

( ) Witnesses sworn and examined. (See list on reverse)

( ) Case continued to _____ for further _____

( ) Jury retires to deliberate at _____.

( ) Jury returns a verdict at _____ and finds:

( ) Court finds:

Jury trial will commence 5/9 @ 9:30

MINUTES      HON. JOHN C. COUGHENOUR      DATE: 5-8-05