CEspinosa.FAL

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY - 9 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRIAN WILLIAM ELM, Defendants. | CRIMINAL CASE NO. 05-00053 **UNITED STATES' FOURTH AMENDED EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court a Fourth Amended Exhibit List, by substituting Page 1 of Exhibit 25 and adding Exhibit 26, to be introduced in its case-in-chief:

RESPECTFULLY submitted this 9th day of May, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: for [signature]
RUSSELL C. STODDARD
First Assistant U.S. Attorney

ORIGINAL

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Photograph of Box before opened by Postal Inspector | | |
| 2a. | Methamphetamine | | |
| 2b. | Photo of Methamphetamine, GCPO-018-05, June 17, 2005 | | |
| 3. | U.S. Postal Inspection Service Forensic Lab Report dated August 1, 2005 | | |
| 4. | Phone Toll Records for (671) 777-6211, Aponik's cell phone | | |
| 5. | Bank of Guam deposit receipts | | |
| 6. | Bank of Guam records, account number 202214688 | | |
| 7. | I-CONNECT Subscriber Information and Phone Toll Records for (671) 888-9405 | | |
| 8. | Summary Exhibit (Count 8) | | |
| 9. | Summary Exhibit (Count 9) | | |
| 10. | Summary Exhibit (Count 10) | | |
| 11. | Summary Exhibit (Count 11) | | |
| 12. | Summary Exhibit (Count 12) | | |
| 13. | Summary Exhibit (Count 13) | | |
| 14. | Summary Exhibit (Count 14) | | |
| 15. | Summary Exhibit (Count 15) | | |
| 16. | Summary Exhibit (Counts 16 & 17) | | |
| 17. | Summary Exhibit (Count 18) | | |
| 18. | Summary Exhibit (Count 19) | | |
| 19. | Plea Agreement of Eric Aponik | | |
| 20. | Plea Agreement of John V.M. Cruz | | |
| 21. | Plea Agreement of Jonathan Canovas | | |
| 22. | Plea Agreement of Jarett J. Elm | | |
| 23. | Plea Agreement of Christopher Espinosa | | |

24. Summary of Money Exchanged - Charged in Superseding Indictment (with supporting documents): Bank of America records (pages 2 through 22); Bank of Hawaii records (pages 23 through 28); Western Union records (pages 29 through 31); and Government Exhibit 6 ________ ________

25. Summary of Additional Money Exchanged - Not Charged (with supporting documents): Western Union records (pages 2 through 36) ________ ________

26. Analysis of Deposits and all Communication Between Elm, Cruz and Canovas ________ ________