UNITED STATES DISTRICT COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT COURT

Deputy Clerk: Julie Mahnke

Court Reporter: Miles          Date: 5/9/06

---
MINUTES    9:32-11:20    1:00-2:55
           11:30-11:50   3:15-4:10
---

CASE NO. CR 05-53-06    CASE NAME: US v. Brian Elm


FILED
DISTRICT COURT OF GUAM
MAY -9 2006
MARY L.M. MORAN
CLERK OF COURT

---

COUNSEL FOR PLTF: Karen Johnson
COUNSEL FOR DEFT: Van De Veld

(✓) JURY TRIAL    ( ) COURT TRIAL  ( ) HEARING HELD

(✓) Jury impaneled and sworn. (see jury list on reverse)

(✓) Jury/~~Court~~ trial held, 1st day.

(✓) Witnesses sworn and examined. (See list on reverse)

(✓) Case continued to 5/10 @ 9:30 for further trial

( ) Jury retires to deliberate at _____.

( ) Jury returns a verdict at _____ and finds:

( ) Court finds:

---

MINUTES    HON. JOHN C. COUGHENOUR    DATE: 5/9/06