CEspinosa.FAL

1   LEONARDO M. RAPADAS
2   United States Attorney
    RUSSELL C. STODDARD
3   First Assistant U.S. Attorney
    KARON V. JOHNSON
4   Assistant U.S. Attorney
    Suite 500, Sirena Plaza
5   108 Hernan Cortez Avenue
    Hagatna, Guam 96910
    TEL: (671) 472-7332
6   FAX: (671) 472-7334

7   Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

MAY 10 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF GUAM

10

11  UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. 05-00053
                                     )
12                      Plaintiff,   )
                                     )
13              vs.                  )    **UNITED STATES' FIFTH**
                                     )    **AMENDED EXHIBIT LIST**
14  BRIAN WILLIAM ELM,               )
                                     )
15                      Defendants.  )
                                     )

16

17          COMES NOW the United States and hereby files with the Court a Fifth Amended

18  Exhibit List, by substituting new Exhibits 24, 25 and 26, and adding Exhibit 27, to be introduced

19  in its case-in-chief:

            RESPECTFULLY submitted this 10th day of May, 2006.
20

21

22                                        LEONARDO M. RAPADAS
                                          United States Attorney
                                          Districts of Guam and NMI
23

24                             By:
25                                        RUSSELL C. STODDARD
                                          First Assistant U.S. Attorney
26

27

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Photograph of Box before opened by Postal Inspector | _____ | _____ |
| 2a. | Methamphetamine | _____ | _____ |
| 2b. | Photo of Methamphetamine, GCPO-018-05, June 17, 2005 | _____ | _____ |
| 3. | U.S. Postal Inspection Service Forensic Lab Report dated August 1, 2005 | _____ | _____ |
| 4. | Phone Toll Records for (671) 777-6211, Aponik's cell phone | _____ | _____ |
| 5. | Bank of Guam deposit receipts | _____ | _____ |
| 6. | Bank of Guam records, account number 202214688 | _____ | _____ |
| 7. | I-CONNECT Subscriber Information and Phone Toll Records for (671) 888-9405 | _____ | _____ |
| 8. | Summary Exhibit (Count 8) | _____ | _____ |
| 9. | Summary Exhibit (Count 9) | _____ | _____ |
| 10. | Summary Exhibit (Count 10) | _____ | _____ |
| 11. | Summary Exhibit (Count 11) | _____ | _____ |
| 12. | Summary Exhibit (Count 12) | _____ | _____ |
| 13. | Summary Exhibit (Count 13) | _____ | _____ |
| 14. | Summary Exhibit (Count 14) | _____ | _____ |
| 15. | Summary Exhibit (Count 15) | _____ | _____ |
| 16. | Summary Exhibit (Counts 16 & 17) | _____ | _____ |
| 17. | Summary Exhibit (Count 18) | _____ | _____ |
| 18. | Summary Exhibit (Count 19) | _____ | _____ |
| 19. | Plea Agreement of Eric Aponik | _____ | _____ |
| 20. | Plea Agreement of John V.M. Cruz | _____ | _____ |
| 21. | Plea Agreement of Jonathan Canovas | _____ | _____ |
| 22. | Plea Agreement of Jarett J. Elm | _____ | _____ |
| 23. | Plea Agreement of Christopher Espinosa | _____ | _____ |

24. Summary of Money Exchanged through
    Bank of Guam, supporting documents
    Government Exhibit 6                              _____   _____

25. Summary of Additional Money Exchanged -
    Not Charged, Exhibit 6 and Western Union
    records (pages 2 through 36)                      _____   _____

26. Analysis of Deposits and all Communication
    Between Elm, Cruz and Canovas                     _____   _____

27. Application for PO Box by Eric Aponik             _____   _____