UNITED STATES DISTRICT COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT COURT

Deputy Clerk: Julie Mahnke

Court Reporter: _Miles_ ................................ Date: _5/10/06_

.................................... MINUTES _9-10:30_    _1100-3:00 2:45_
........................................................ _3:01 - 3:55_
.................................... _10:45  11:55_

CASE NO. _CROS·53·06_  CASE NAME: _US v. Brian Elm_

___

COUNSEL FOR PLTF: _Karen Johnson_

COUNSEL FOR DEFT: _Curtis Van De Veld_

(X) JURY TRIAL  ( ) COURT TRIAL ( ) HEARING HELD

( ) Jury impaneled and sworn. (see jury list on reverse)

(X) Jury/~~Court~~ trial held, _2nd_ day.

(X) Witnesses sworn and examined. (See list on reverse)

(X) Case continued to _5/11/06 @ 9:30_ for further _trial_

( ) Jury retires to deliberate at _____ .

( ) Jury returns a verdict at _____ and finds:

( ) Court finds:

_____

_____

_____

_____

_____

_____

-------------------------------------------
-------------------------------------------

MINUTES    HON. JOHN C. COUGHENOUR    DATE: _5/10/06_

LIST OF JURORS

(1) _____

(2) _____

(3) _____

(4) _____

(5) _____

(6) _____

(7) _____

(8) _____

(9) _____

(10) _____

(11) _____

(12) _____

(13) _____

(14) _____

(15) _____

(16) _____

WITNESSES TESTIFYING ON 5/10

(1) Jonathan Canouis

(2) ERIK Aponik

(3) Simonique Avilez

(4) Verlin Aponik

(5) John V. M. Cruz

(6) _____

(7) _____

(8) _____

(9) _____

(10) _____

(11) _____

(12) _____

(13) _____

(14) _____

(15) _____

(16) _____