#12

I'm working at a Foreign Exchange doing business for check cashing & money transferring or wire transfer in the Phils. And I know Mr. Cannvas parents if they are the one who own JC montatings bec the other job a have were the one who's building their Commercial Bldg. will this affect my duty for being a juror?

**FILED**
DISTRICT COURT OF GUAM
MAY 10 2006
MARY L.M. MORAN
CLERK OF COURT