CEspinosa.SAL
LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY 11 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00053 |
| Plaintiff, | |
| vs. | **UNITED STATES' SIXTH AMENDED EXHIBIT LIST** |
| BRIAN WILLIAM ELM, | |
| Defendants. | |

COMES NOW the United States and hereby files with the Court a Sixth Amended Exhibit List, by substituting new Exhibit 26, and adding Exhibit 28, to be introduced in its case-in-chief:

RESPECTFULLY submitted this 11th day of May, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
RUSSELL C. STODDARD
First Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Photograph of Box before opened by Postal Inspector | | |
| 2a. | Methamphetamine | | |
| 2b. | Photo of Methamphetamine, GCPO-018-05, June 17, 2005 | | |
| 3. | U.S. Postal Inspection Service Forensic Lab Report dated August 1, 2005 | | |
| 4. | Phone Toll Records for (671) 777-6211, Aponik's cell phone | | |
| 5. | Bank of Guam deposit receipts | | |
| 6. | Bank of Guam records, account number 202214688 | | |
| 7. | I-CONNECT Subscriber Information and Phone Toll Records for (671) 888-9405 | | |
| 8. | Summary Exhibit (Count 8) | | |
| 9. | Summary Exhibit (Count 9) | | |
| 10. | Summary Exhibit (Count 10) | | |
| 11. | Summary Exhibit (Count 11) | | |
| 12. | Summary Exhibit (Count 12) | | |
| 13. | Summary Exhibit (Count 13) | | |
| 14. | Summary Exhibit (Count 14) | | |
| 15. | Summary Exhibit (Count 15) | | |
| 16. | Summary Exhibit (Counts 16 & 17) | | |
| 17. | Summary Exhibit (Count 18) | | |
| 18. | Summary Exhibit (Count 19) | | |
| 19. | Plea Agreement of Eric Aponik | | |
| 20. | Plea Agreement of John V.M. Cruz | | |
| 21. | Plea Agreement of Jonathan Canovas | | |
| 22. | Plea Agreement of Jarett J. Elm | | |
| 23. | Plea Agreement of Christopher Espinosa | | |

-i-
Case 1:05-cr-00053   Document 246   Filed 05/11/2006   Page 2 of 3

| | | |
|---|---|---|
| 24. | Summary of Money Exchanged through Bank of Guam, supporting documents Government Exhibit 6 | _____ _____ |
| 25. | Summary of Additional Money Exchanged - Not Charged, Exhibit 6 and Western Union records (pages 2 through 36) | _____ _____ |
| 26. | Analysis of Deposits and all Communication Between Elm, Cruz and Canovas | _____ _____ |
| 27. | Application for PO Box by Eric Aponik | _____ _____ |
| 28. | Analysis of Calls of Cruz to/from Elm, Aponik | _____ _____ |