

UNITED STATES DISTRICT COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT COURT

Deputy Clerk: Julie Mahnke

Court Reporter: Miles          Date: 5/11/06

MINUTES   9:30 - 10:45   11:00 - 12:00
          1:00 - 2:45    3 - 4

CASE NO. CR06-53-06    CASE NAME: US v. Brian E/M

COUNSEL FOR PLTF: Johnson
COUNSEL FOR DEFT: Van De Veld

(✓) JURY TRIAL     ( ) COURT TRIAL  ( ) HEARING HELD

( ) Jury impaneled and sworn, (see jury list on reverse)

(✓) Jury/~~Court~~ trial held, 3rd ____ day.

(✓) Witnesses sworn and examined. (See list on reverse)

(✓) Case continued to 5/12/06 (JT) 10:00 for further trial

( ) Jury retires to deliberate at _____.

( ) Jury returns a verdict at _____ and finds:

( ) Court finds:

MINUTES    HON. JOHN C. COUGHENOUR    DATE: 5/11/06

LIST OF JURORS

(1) _____
(2) _____
(3) _____
(4) _____
(5) _____
(6) _____
(7) _____
(8) _____
(9) _____
(10) _____
(11) _____
(12) _____
(13) _____
(14) _____
(15) _____
(16) _____

WITNESSES TESTIFYING ON 5/1

(1) Jarett Kim
(2) ~~Reynald Lin Ong~~ Linong
(3) Craig Hales
(4) _____
(5) _____
(6) _____
(7) _____
(8) _____
(9) _____
(10) _____
(11) _____
(12) _____
(13) _____
(14) _____
(15) _____
(16) _____