

UNITED STATES DISTRICT COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT COURT

Deputy Clerk: Julie Mahnke

Court Reporter: Miles    Date: 5/12/06

MINUTES 10:00-12:00 - 1:30-3:00 3:15-4:10

CASE NO. CR05-53.06    CASE NAME: US v. Brian Elm

COUNSEL FOR PLTF: Johnson
COUNSEL FOR DEFT: Van De Veld

(✓) JURY TRIAL      ( ) COURT TRIAL ( ) HEARING HELD

( ) Jury impaneled and sworn. (see jury list on reverse)

(✓) Jury/~~Court~~ trial held, 4th day.

(✓) Witnesses sworn and examined. (See list on reverse)

(✓) Case continued to 5/15 at 9:30 for further trial

( ) Jury retires to deliberate at _____.

( ) Jury returns a verdict at _____ and finds:

( ) Court finds:

MINUTES    HON. JOHN C. COUGHENOUR    DATE: 5/12/06

LIST OF JURORS

(1) _____
(2) _____
(3) _____
(4) _____
(5) _____
(6) _____
(7) _____
(8) _____
(9) _____
(10) _____
(11) _____
(12) _____
(13) _____
(14) _____
(15) _____
(16) _____

WITNESSES TESTIFYING ON 5/12/06

(1) Paul Griffith
(2) Christopher Espinoza
(3) Anthony Toves
(4) Richard Camacho
(5) Albert ~~Med~~ Mendiola
(6) _____
(7) _____
(8) _____
(9) _____
(10) _____
(11) _____
(12) _____
(13) _____
(14) _____
(15) _____
(16) _____