UNITED STATES DISTRICT COURT
HON. JOHN C. COUGHENOUR, U. S. DISTRICT COURT
Deputy Clerk: Julie Mahnke
Court Reporter: Miles       Date: 5/15/06

**FILED**
DISTRICT COURT OF GUAM
MAY 15 2006
MARY L.M. MORAN
CLERK OF COURT

MINUTES 9:30 – 10:45
11:10 – 1:44

CASE NO: CR05-53-06    CASE NAME: US v. Brian Elm

COUNSEL FOR PLTF: Johnson
COUNSEL FOR DEFT: Van De Veld

(✓) JURY TRIAL    ( ) COURT TRIAL  ( ) HEARING HELD

( ) Jury impaneled and sworn. (see jury list on reverse)

(✓) Jury/~~Court~~ trial held, 5th day.

( ) Witnesses sworn and examined. (See list on reverse)

(✓) Case continued to 5/16 at 9:10 for further trial.

( ) Jury retires to deliberate at _____.

( ) Jury returns a verdict at _____ and finds:

( ) Court finds:

Witnesses: Kyomi Lujan, Brian Elm, Erik Aponik, Kyomi Lujan
Both sides rest.

MINUTES    HON. JOHN C. COUGHENOUR    DATE: 5/15/06