FILED
DISTRICT COURT OF GUAM
MAY 17 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
~~DISTRICT OF MONTANA~~
~~AT BILLINGS~~

HON. JOHN C. COUGHENOUR, U. S. DISTRICT COURT

Deputy Clerk: Julie Mahnke

Court Reporter: Miles     Date: 5/16/06

MINUTES  9:10 - 9:20  ~~9:20~~ - 9:30 - 10:30
10:45 - 12:00   1:10 - 2:30

CASE NO: CR05-53-06     CASE NAME: Brian Elm

COUNSEL FOR PLTF: Johnson
COUNSEL FOR DEFT: Van de Veld

(✓) Jury Trial - 6th

( ) Witnesses sworn and examined. (See list on reverse)

( ) Exhibits marked and admitted. (See separate list.)

(X) Case continued to 5/17 at 9:30 for further deliberations.

( ) Court finds:

The Judge directs that lunches be ordered for the jury.
Jury deliberations commence at 2:30 pm.
Motion for mistrial denied.

---

MINUTES     HON. JOHN C. COUGHENOUR     DATE: 5/16/06