FILED
DISTRICT COURT OF GUAM
MAY 18 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT COURT

Deputy Clerk: Julie Mahnke

Court Reporter: _____  Date: 5/17/06

MINUTES  9:30 - 4:00

CASE NO: CR05-53   CASE NAME: US v. Brian Elm

COUNSEL FOR PLTF: _____

COUNSEL FOR DEFT: _____

(✓) JURY TRIAL    ( ) COURT TRIAL  ( ) HEARING HELD

( ) Jury impaneled and sworn. (see jury list on reverse)

(✓) Jury/~~Court~~ trial held, 7th day.

( ) Witnesses sworn and examined. (See list on reverse)

(✓) Case continued to 5/18 at 9:30 for further trial

(✓) Jury retires to deliberate at 9:30.

( ) Jury returns a verdict at _____ and finds:

( ) Court finds:

MINUTES    HON. JOHN C. COUGHENOUR    DATE: 5/17/06

PLAINTIFF: US

vs.

DEFENDANT: Brian Elm

CASE NO. CR05-53-06

WITNESS LIST

| DATE | PLAINTIFF'S WITNESSES: | DATE | DEFENDANT'S WITNESSES: |
|---|---|---|---|
| 5/9/06 | Jonathan Canovis | 5-15-06 | Erik Aponik |
| " | Cynthia Quichocho | " | Kyomi Lujan |
| " | Jonathan Canovis | | |
| 5/10/06 | Jonathan Canovis | | |
| " | Erik Aponik | | |
| " | Simonique Avilez | | |
| " | Verlin Aponik | | |
| " | John V.M. Cruz | | |
| 5/11/06 | Jarrett Elm | | |
| " | Craig Hales | | |
| " | Reyard Lin Ong | | |
| 5-12-06 | Paul Huffith | | |
| " | Christopher Espinoza | | |
| " | Anthony Toves | | |
| " | Richard Camacho | | |
| " | Albert Mendiola | | |
| 5/15/06 | Kyomi Lujan | | |
| " | Brian Elm | | |

PLAINTIFF: US

DEFENDANT: v. BRIAN ELM

CASE NO. CR05.53.06

EXHIBIT LIST

| EXHIBIT NO. | DATE | OFFERED | OBJECTION | SUSTAINED | ADMITTED | EXHIBIT NO. | DATE | OFFERED | OBJECTION | SUSTAINED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 5.9.06 | ✓ | | | ✓ | 22 | 5.11.06 | ✓ | | | ✓ |
| 6 | " | ✓ | | | ✓ | A.7 | " | ✓ | | | ✓ |
| 21 | 5.10.06 | ✓ | | | ✓ | A.8 | " | ✓ | | | ✓ |
| 27 | " | ✓ | | | ✓ | 8.18 | " | ✓ | | | ✓ |
| 4 | " | ✓ | | | ✓ | 28 | " | ✓ | | | ✓ |
| 19 and | " | ✓ | | | ✓ | A.9 | " | ✓ | | | ✓ |
| A-1 | " | ✓ | | | ✓ | 29 | " | ✓ | | | ✓ |
| A.2 | " | ✓ | | | ✓ | 26 | 5/12/06 | ✓ | | | ✓ |
| A.3 | " | ✓ | | | ✓ | 25 | " | ✓ | | | ✓ |
| A.4 | " | ✓ | | | ✓ | 24 | " | ✓ | | | ✓ |
| A.5 | " | ✓ | | | ✓ | A.13 | " | ✓ | ✓ | ✓ | |
| A.6 | " | ✓ | | | ✓ | A.10 | " | ✓ | ✓ | ✓ | |
| 21 | " | ✓ | | | ✓ | 30 | " | ✓ | | | ✓ |
| 7 | 5/11/06 | ✓ | | | ✓ | 23 | " | ✓ | | | ✓ |
| 1 | " | ✓ | | | ✓ | A.15 | " | ✓ | | | ✓ |
| 2B | " | ✓ | | | ✓ | 31-33 | 5/15/06 | ✓ | | | ✓ |
| 3 | " | ✓ | | | ✓ | | | | | | |
| 2a | " | ✓ | | | ✓ | | | | | | |
| 20 | " | | | | | | | | | | |