Could we have another copy of Page 2 of the Verdict form.

5/18/05

*[signature]*
Foreman

FILED
DISTRICT COURT OF GUAM
MAY 18 2006
MARY L.M. MORAN
CLERK OF COURT

USA vs. BRIAN WILLIAM ELM
CR-05-00053