5.18.06

We have reached our verdict. Thank-you!

*(signature)*
Foreman

FILED
DISTRICT COURT OF GUAM
MAY 19 2006
MARY L.M. MORAN
CLERK OF COURT

USA vs. BRIAN WILLIAM ELM
CR-05-00053

Case 1:05-cr-00053     Document 258     Filed 05/19/2006     Page 1 of 1