UNITED STATES DISTRICT COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT COURT

Deputy Clerk: Julie Mahnke

Court Reporter: Miles          Date: 5/18/06

MINUTES   9:30 -

CASE NO. CR 05-53      CASE NAME: US v. Brian Elm

COUNSEL FOR PLTF: Van de Veld
COUNSEL FOR DEFT: Stoddard

(✓) JURY TRIAL        ( ) COURT TRIAL    ( ) HEARING HELD

( ) Jury impaneled and sworn. (see jury list on reverse)

(✓) Jury/~~Court~~ trial held, 8th day.

( ) Witnesses sworn and examined. (See list on reverse)

( ) Case continued to _____ for further

( ) Jury retires to deliberate at _____.

(✓) Jury returns a verdict at ~~1:30~~ 2:00 and finds: (See verdict form)

( ) Court finds:

Sentencing 8/30 at 10:00
PSI to parties - 7/10
  "    "  Court  - 8/7

MINUTES    HON. JOHN C. COUGHENOUR    DATE: 5/18/06