```
                                                    FILED
                                            DISTRICT COURT OF GUAM
                                                MAY 19 2006
                                              MARY L.M. MORAN
                                              CLERK OF COURT
```

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00053 |
| Plaintiff, | |
| vs. | **VERDICT FORM** |
| BRIAN WILLIAM ELM, | |
| Defendant. | |

**COUNT I - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled action, hereby FIND the defendant, BRIAN WILLIAM ELM: Violation of Title 21, United States Code, Sections 841(a)(1),(b)(1)(a)(viii) and 846:

/ / NOT GUILTY

/✓/ GUILTY

as charged in Count 1 of the Third Superseding Indictment.

1. If you find the defendant BRIAN WILLIAM ELM guilty as charged in Count 1 of the Third Superseding Indictment, do you unanimously find beyond a reasonable doubt that the controlled substance that defendant BRIAN WILLIAM ELM conspired to distribute was methamphetamine hydrochloride?

✓ Yes

____ No

2. If you find beyond a reasonable doubt that the controlled substance BRIAN WILLIAM ELM conspired to distribute was methamphetamine hydrochloride, do you unanimously find beyond a reasonable doubt that the total amount of methamphetamine hydrochloride defendant BRIAN WILLIAM ELM either directly distributed or agreed, understood, or reasonably could have foreseen would be distributed by other co-conspirators in furtherance of the conspiratorial agreement was:

_____ at least 50 grams or more of methamphetamine hydrochloride;

OR

__✓__ at least 5 grams but less than 50 grams of methamphetamine hydrochloride;

OR

_____ a detectable amount but less than 5 grams of methamphetamine hydrochloride.

### COUNT 3 - MONEY LAUNDERING CONSPIRACY

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(h):

/ ✓ /   NOT GUILTY

/   /   GUILTY

### COUNT 8 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ ✓ /   NOT GUILTY

/   /   GUILTY

## COUNT 9 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ ✓ /  NOT GUILTY

/   /  GUILTY

## COUNT 10 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ ✓ /  NOT GUILTY

/   /  GUILTY

## COUNT 11 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ ✓ /  NOT GUILTY

/   /  GUILTY

## COUNT 12 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ ✓ /  NOT GUILTY

/   /  GUILTY

## COUNT 13 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ ✓ /   NOT GUILTY
/   /   GUILTY

## COUNT 14 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ ✓ /   NOT GUILTY
/   /   GUILTY

## COUNT 15 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ ✓ /   NOT GUILTY
/   /   GUILTY

## COUNT 16 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ ✓ /   NOT GUILTY
/   /   GUILTY

## COUNT 17 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ ✓ /   NOT GUILTY

/   /   GUILTY

## COUNT 18 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ ✓ /   NOT GUILTY

/   /   GUILTY

## COUNT 19 - MONEY LAUNDERING

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM: Violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2:

/ ✓ /   NOT GUILTY

/   /   GUILTY

DATED this 18th of May, 2006, at Hagatna, Guam.

_____
FOREPERSON