brianelmpsr2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 29 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRIAN WILLIAM ELM, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00053-06 <br><br> **GOVERNMENT'S OBJECTION TO PRESENTENCE REPORT** |

The United States objects to the failure of the Presentence Report to assess defendant a four-level increase, pursuant to USSG 3B1.1(a), as the organizer and leader of a drug organization that involved five or more persons. The Presentence Report failed to include the lengthy and detailed testimony and documentary evidence adduced against the defendant at trial. The brief and cursory summary of facts set forth in ¶ 36 is woefully inadequate to give this court an accurate understanding of the scope of his criminal conduct.

Following is a brief summary of that testimony. Albert Mendiola, Jonathan Canovas and Christopher Espinosa are natives of Guam who had moved to Las Vegas. They were related to, acquainted with, or former school mates of Brian Elm, Chris Iager and John Cruz. At trial,

1

Mendiola testified that in 2003, he began shipping ice to Guam, to be distributed by Iager, a friend of defendant's. Mendiola testified that as time progressed, he took on a partner in Las Vegas, Canovas, who financed purchases of ice for profit. Mendiola would mail greeting cards containing 3-5 grams each to Iager's post office box. Eric Aponik, defendant's brother in law, was using ice during that time. He testified that in 2003-early 2004, defendant was providing him with ice, which he believed came from Iager.

Sometime in late summer, 2004, before the school term began in Las Vegas, several of these individuals were on island attending a bar-b-que at Aponik's residence. Canovas testified that during the party defendant approached him about sending ice directly to him for distribution. When Canovas returned to Las Vegas he began buying ice directly from Mendiolas' source and mailing it to defendant's post office box. He gave defendant his Bank of Guam savings account number, which was in his and his mother's name, and instructed defendant to deposit his share of the proceeds into that account. Canovas identified the exact date he received his first payment, October 13, 2004. A summary of his bank records, which was admitted at trial, is attached hereto as Exhibit 1.

Aponik testified that in late 2004, he was repairing a warehouse belonging to the family business, and hired defendant to help him. He testified that when he picked up the defendant one day, the defendant asked him to stop at the Bank of Guam in Mangilao so he could make a deposit. Defendant told him he was selling ice for Canovas, and depositing the proceeds into Canovas' account. He testified that defendant was concerned that bank tellers would get suspicious if the same person made cash deposits frequently, so Aponik agreed to make deposits also. Aponik identified the next deposit for Canovas, $800 on November 6, 2004, as one he made on behalf of defendant.

Defendant asked Aponik to open a post office box for the receipt of Canovas' shipments, because defendant shared his own post office box with his girlfriend. Aponik opened the box November 18, 2004, and from that time forward, all the Las Vegas ice was sent there. The

- 2 -

Case 1:05-cr-00053   Document 293   Filed 08/29/2006   Page 2 of 9

telephone toll records concerning Aponik, defendant and Canovas reflect dozens of calls between them. Exhibit 2, attached hereto, is a sample of the pattern observed in these records. Defendant had obtained his own cell phone when he began dealing with Canovas, but it did not have long-distance service. Accordingly, when Canovas wanted to talk to defendant, he could call defendant directly, but when defendant wanted to talk to Canovas, he would borrow Aponik's cell phone. Thus, for example, defendant borrowed Aponik's phone to call Canovas at at 11:16 a.m. on November 9, 2004, but when Canovas turned the call, he called defendant directly because the call had been from the defendant, not Aponik.

Defendant was both distributing ice himself and through other individuals. John Cruz, a mid-level dealer with about 20 customers of his own, testified he had been purchasing ice from defendant almost daily, for $450/gram. The cell phone records between Cruz and defendant were introduced at trial. They reflect many daily calls between the two men during late 2004 and early 2005. Jarett Elm, defendant's cousin, received ice from him on many occasions. He testified that he had never used ice until one day in late 2004, when he went to Aponik's warehouse to visit and found Aponik and defendant smoking ice. Defendant offered Jarett a hit, and he was hooked. He never observed either Aponik or defendant distributing to others, but he testified to one occasion, when he walked into the warehouse and saw defendant and Aponik sitting at a table with a load of ice and a scale.

(Note: by November, 2004, Albert Mendiola was no longer associated with Canovas, and had had a falling out with Iager. Mendiola was using his brother Paul as the recipient for his ice shipments. Both have been convicted for a shipment sent to Paul in February, 2005, Cr. No. 05-00011.)

By late December, 2004, Canovas' friend, Espinosa, had started financing the shipments, which were increasing in size. The method of returning proceeds had changed as well. Canovas was concerned that his mother would become suspicious of large amounts moving through his savings account, so he instructed defendant and Aponik to begin wiring money via Western

- 3 -

Union as well. The first wire transfer of drug proceeds was made by Aponik to Canovas and Espinosa on January 2, and 3, 2005, respectively. Each man received $3,000.

Defendant, who was on probation to the Superior Court of Guam, was ordered to serve a jail sentence beginning March 18, 2005. Cruz testified that defendant told him he would be going to jail, and that he should begin dealing directly with Aponik, who had agreed to resume control of the organization. Aponik testified that after defendant went to jail, he assumed responsibility for the operation, and defendant had nothing further to do with it. Thus, defendant was no longer associated with the ring when Aponik and Jarett Elm were arrested June 18, 2005, attempting to pick up a package containing 114 grams of ice mailed by Espinosa.

The government is puzzled why the U.S. Probation Office has not recommended any role enhancement for defendant, when it recommended a 2-level upward adjustment for both Aponik and Canovas. Defendant started this drug trafficking ring when he proposed to Canovas that they go out on their own. By January, 2005, there were at least five participants associated with his operation: Canovas, Espinosa, their Las Vegas source, John Cruz and Eric Aponik. As the organizer, defendant should receive a four-level enhancement. Accordingly, his total offense level should be 34, with a Criminal History Category of IV, which results in a sentence of between 210-262 months.

RESPECTFULLY SUBMITTED this __29th__ day of August, 20006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

# Financial Transactions (Count 8-19)

## SUMMARY OF MONEY EXCHANGED THROUGH BANK OF GUAM

| Date | Amount | From | Account | To |
|---|---|---|---|---|
| 10/13/2004 | $1,000.00 | Bank of Guam | 202214688 | Eric Aponik |
| 11/6/2004 | $800.00 | Jonathan Canovas | 202214688 | Brian Elm |
| 11/8/2004 | $800.00 | Jonathan Canovas | 202214688 | Eric Aponik |
| 11/19/2004 | $1,600.00 | Jonathan Canovas | 202214688 | Eric Aponik |
| 11/26/2004 | $800.00 | Jonathan Canovas | 202214688 | Eric Aponik |
| 12/23/2004 | $800.00 | Jonathan Canovas | 202214688 | Eric Aponik |
| 1/3/2005 | $2,950.00 | Jonathan Canovas | 202214688 | Eric Aponik |
| 1/18/2005 | $1,000.00 | Jonathan Canovas | 202214688 | Eric Aponik |
| 2/3/2005 | $1,000.00 | Jonathan Canovas | 202214688 | Eric Aponik |
| 2/4/2005 | $500.00 | Jonathan Canovas | 202214688 | Eric Aponik |
| 2/18/2005 | $1,900.00 | Jonathan Canovas | 202214688 | Eric Aponik |
| 2/25/2005 | $2,000.00 | Jonathan Canovas | 202214688 | Eric Aponik |

---

**Bank of Guam** — The Local Bank. The People's Bank.

**PERSONAL/FIDUCIARY**

| ACCOUNT TITLE | ACCOUNT NUMBER | |
|---|---|---|
| CANOVAS, ENRIQUE, OR CHRISTINE OR JONATHAN | 0202-214688 | 1 |

DEPOSIT ACCOUNT AGREEMENT AND SIGNATURE CARD

---

ENRIQUE A CANOVAS
OR CHRISTINE T CANOVAS
OR JONATHAN CANOVAS
1640 RTE 16
DEDEDO GUAM 96929-6533

Account # 202214688

| Date | Tracer | Description | Amount |
|---|---|---|---|
| 10-04 | | SERVICE CHARGE | 1.00- |
| 10-13 | 54 | SAVINGS DEPOSIT | 1000.00 |
| 10-25 | 44 | SAVINGS DEPOSIT | 1000.00 |
| 11-06 | 12 | SAVINGS DEPOSIT | 800.00 |
| 11-08 | 59 | SAVINGS DEPOSIT | 800.00 |
| 11-19 | 69 | SAVINGS DEPOSIT | 1600.00 |

**November 18, 2004 – Aponik acquires P.O. Box**

| 11-26 | 58 | SAVINGS DEPOSIT | 800.00 |
| 12-23 | 59 | SAVINGS DEPOSIT | 800.00 |
| 1-03 | 63 | SAVINGS DEPOSIT | 2950.00 |
| 1-18 | 37 | SAVINGS DEPOSIT | 1000.00 |
| 2-03 | 13 | SAVINGS DEPOSIT | 1000.00 |
| 2-04 | 29 | SAVINGS DEPOSIT | 500.00 |
| 2-18 | 26 | SAVINGS DEPOSIT | 1900.00 |
| 2-25 | 48 | SAVINGS DEPOSIT | 2000.00 |

EXHIBIT 1

# ANALYSIS OF DEPOSITS AND
# KNOWN COMMUNICATIONS BETWEEN ELM, APONIK & CANOVAS

**$$ Transfers**

| | Date | Communication | Time | Duration |
|---|---|---|---|---|
| | 10/10/04 | Canovas to Elm | 12:38 p.m. | 30 sec |
| 1) | **10/13/04 $1,000 Bk/G** | | | |
| | 10/14/04 | Canovas to Elm | 9:48 a.m. | 6 min |
| | 10/25/04 | Canovas to Elm | 8:56 a.m. | 30 sec |
| | 10/25/04 | Canovas to Elm | 10:17 a.m. | 3 min |
| 2) | **10/25/04 $1,000 Bk/G** | | | |
| | 10/29/04 | Aponik's phone to Canovas | 11:36 p.m. | 1 min |
| | 10/30/04 | Aponik's phone to Canovas | 8:56 a.m. | 1 min |
| | 10/30/04 | Canovas to Elm | 11:16 a.m. | 2.5 min |
| | 11/04/04 | Canovas to Elm | 11:13 a.m. | 5.5 |
| | 11/05/04 | Canovas to Elm | 11:04 a.m. | 2 min |
| | 11/05/04 | Aponik's phone to Canovas | 6:33 p.m. | 2.4 |
| | 11/06/04 | Aponik's phone to Canovas | 9:22 a.m. | 1 |
| | 11/06/04 | Aponik's phone to Canovas | 9:49 a.m. | 1 |
| | 11/06/04 | Canovas to Elm | 12:25 p.m. | 1.5 |
| 3) | **11/06/04 $800 Bk/G** | | | |
| | 11/07/04 | Aponik's phone to Canovas | 9:00 p.m. | 6.2 |
| 4) | **11/08/04 $800 Bk/G** | | | |
| | 11/09/04 | Aponik's phone to Canovas | 11:16 a.m. | 3.4 |
| | 11/09/04 | Canovas to Elm | 11:28 a.m. | 65 |
| | 11/11/04 | Aponik's phone to Canovas | 9:50 a.m. | |
| | 11/12/04 | Canovas to Elm | 11:16 a.m. | 30 sec |
| | 11/12/04 | Aponik's phone to Canovas | 4:10 p.m. | |
| | 11/13/04 | Aponik's phone to Canovas | 10:17 a.m. | |
| | 11/13/04 | Aponik's phone to Canovas | 1:12 p.m. | |
| | 11/14/04 | Canovas to Elm | 4:48 p.m. | |
| | 11/16/04 | Aponik's phone to Canovas | 12:10 p.m. | |
| | 11/16/04 | Aponik's phone to Canovas | 4:14 p.m. | |
| | 11/17/04 | Canovas to Elm | 3:44 p.m. | |
| | 11/19/04 | Aponik's phone to Canovas | 9:15 a.m. | |
| 5) | **11/19/04 $1,600 Bk/G** | | | |
| | 11/20/04 | Aponik's phone to Canovas | 10:23 a.m. | |
| | 11/20/04 | Aponik's phone to Canovas | 6:09 p.m. | |
| | 11/21/04 | Aponik's phone to Canovas | 3:51 p.m. | |
| | 11/23/04 | Canovas to Elm | 10:37 a.m. | |
| | 11/24/04 | Aponik's phone to Canovas | 12:12 p.m. | |
| | 11/24/04 | Canovas to Elm | 8:14 p.m. | |
| 6) | **11/26/04 $800 Bk/G** | | | |
| | 11/27/04 | Aponik's phone to Canovas | 3:47 p.m. | |
| | 11/29/04 | Canovas to Elm | 11:12 a.m. | |
| | 12/04/04 | Aponik's phone to Canovas | 8:26 p.m. | |
| | 12/11/04 | Aponik's phone to Canovas | 2:21 p.m. | |
| | 12/11/04 | Aponik's phone to Canovas | 2:29 p.m. | |
| | 12/11/04 | Aponik's phone to Canovas | 4:57 p.m. | |
| | 12/11/04 | Aponik's phone to Canovas | 7:08 p.m. | |


GOVERNMENT EXHIBIT 26

EXHIBIT 2

# ANALYSIS OF CALLS, CRUZ TO/FROM ELM, APONIK

| Date | Direction | Time |
|---|---|---|
| 11/06/04 | Cruz to Elm | 2:13 p.m. |
| | Cruz to Elm | 2:47 p.m. |
| | Cruz to Elm | 7:31 p.m. |
| 11/19/04 | Cruz to Elm | 8:47 p.m. |
| 01/03/05 | Cruz to Elm | 2:15 p.m. |
| 01/05/05 | Cruz to Elm | 10:00 a.m. |
| 01/05/05 | Cruz to Elm | 10:07 a.m. |
| 01/06/05 | Cruz to Elm | 8:59 a.m. |
| 01/07/05 | Cruz to Elm | 11:31 a.m. |
| 01/07/05 | Cruz to Elm | 1:13 p.m. |
| 01/21/05 | Cruz to Elm | 1:25 p.m. |
| 01/21/05 | Elm to Cruz | 1:42 p.m. |
| 02/01/05 | Cruz to Elm | 12:42 p.m. |
| 02/02/05 | Elm to Cruz | 10:18 a.m. |
| 02/11/05 | Elm to Cruz | 7:05 p.m. |
| 02/12/05 | Cruz to Elm | 12:13 p.m. |
| 02/12/05 | Cruz to Elm | 12:24 p.m. |
| 02/12/05 | Elm to Cruz | 1:23 p.m. |
| 02/12/05 | Cruz to Elm | 1:31 p.m. |
| 02/12/05 | Cruz to Elm | 1:35 p.m. |
| 02/20/05 | Cruz to Elm | 11:35 a.m. |
| 02/20/05 | Elm to Cruz | 11:36 a.m. |
| 02/21/05 | Elm to Cruz | 1:10 p.m. |
| 02/21/05 | Elm to Cruz | 5:07 p.m. |
| 02/21/05 | Elm to Cruz | 5:10 p.m. |
| 02/21/05 | Cruz to Elm | 5:46 p.m. |
| 02/21/05 | Cruz to Elm | 8:35 p.m. |
| 02/23/05 | Elm to Cruz | 11:00 a.m. |
| 02/23/05 | Cruz to Elm | 2:11 p.m. |
| 02/23/05 | Elm to Cruz | 7:33 p.m. |
| 02/23/05 | Elm to Cruz | 8:51 p.m. |
| 02/23/05 | Elm to Cruz | 10:28 p.m. |
| 02/23/05 | Elm to Cruz | 11:47 p.m. |
| 02/24/05 | Cruz to Elm | 12:02 p.m. |
| 02/24/05 | Cruz to Elm | 4:33 p.m. |
| 02/24/05 | Cruz to Elm | 7:02 p.m. |
| 02/24/05 | Cruz to Elm | 8:16 p.m. |
| 02/24/05 | Elm to Cruz | 9:54 p.m. |
| 02/26/05 | Elm to Cruz | 11:48 p.m. |
| 02/28/05 | Cruz to Elm | 5:25 p.m. |
| 02/28/05 | Cruz to Elm | 7:30 p.m. |
| 03/06/05 | Elm to Cruz | 12:30 a.m. |
| 03/10/05 | Elm to Cruz | 8:05 p.m. |
| 03/10/05 | Cruz to Elm | 10:02 p.m. |
| 03/12/05 | Elm to Cruz | 11:03 a.m. |
| 03/12/05 | Cruz to Elm | 11:31 a.m. |
| 03/12/05 | Elm to Cruz | 12:19 p.m. |
| 03/12/05 | Elm to Cruz | 2:18 p.m. |
| 03/12/05 | Elm to Cruz | 3:13 p.m. |
| 03/12/05 | Elm to Cruz | 3:18 p.m. |
| 03/15/05 | Cruz to Aponik | 2:32 p.m. |

Elm incarcerated 03/18/05

GOVERNMENT EXHIBIT 28

EXHIBIT 3

(12)

Case 1:05-cr-00053   Document 293   Filed 08/29/2006   Page 7 of 9

# $800 Deposit to BOG 12/23/04

| Date | | Description | Time |
|---|---|---|---|
| 12/24/04 | | Canovas to Elm | 3:12 p.m. |
| 12/24/04 | | Aponik's phone to Canovas | 4:19 p.m. |
| 12/25/04 | | Aponik's phone to Canovas | 11:50 a.m. |
| 12/26/04 | | Aponik's phone to Canovas | 4:19 p.m. |
| 12/26/04 | | Canovas to Elm | 5:51 p.m. |
| 12/27/04 | | Aponik's phone to Canovas | 12:05 p.m. |
| 12/28/04 | | Canovas to Elm | 8:35 a.m. |
| 12/28/04 | | Canovas to Elm | 12:25 p.m. |
| 12/29/04 | | Aponik's phone to Canovas | 12:31 p.m. |
| 12/31/04 | | Canovas to Elm | 9:12 a.m. |
| 12/31/04 | | Aponik's phone to Canovas | 11:07 a.m. |
| 01/01/05 | | Aponik's phone to Canovas | 8:22 p.m. |
| 01/01/05 | | Canovas to Elm | 10:41 p.m. |

**1st Box $6,000**
1/2/05   $3,000 Western Union Wire - Espinosa
1/3/05   $3,000 Deposit to Bank of Guam - Canovas

EXHIBIT 4

(13)

**2nd Box $12,000**
1/11/05  $2,000 Western Union Wire - Canovas
1/18/05  $1,000 Deposit to Bank of Guam – Canovas
1/29/05  $3,000 Western Union Wire – Canovas
         $6,000 total to Canovas
1/14/05  $6,000 [$5,700] Wire to Bank of Hawaii – Espinosa

**3rd Box $6,000**
2/3/05   $1,000 Deposit to Bank of Guam – Canovas
2/18/05  $1,900 Deposit to Bank of Guam – Canovas
2/9/05   $3,000 Western Union Wire – Espinosa

**4th Box $9,000**
2/18/05  $1,900 Deposit to Bank of Guam – Canovas
2/25/05  $2,000 Deposit to Bank of Guam - Canovas
3/3/05   $5,000 Deposit to Bank of Guam – Canovas

**5th Box 4/5/05**  $7,925 Western Union Wire – Espinosa

EXHIBIT 5