# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00053-006      DATE: August 30, 2006

HON. RONALD B. LEIGHTON, Designated Judge, Presiding
Law Clerk: Greg Leever      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 10:06:52 - 10:17:23
CSO: J. McDonald / J. Lizama

**APPEARANCES:**
Defendant: Brian William Elm      Attorney: Curtis C. Van de Veld
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Maria Cruz      U.S. Marshal: C. Marquez / G. Perez
Interpreter:      Language:

**PROCEEDINGS: Sentencing**
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: Oral motion by parties to refer sentencing to Judge Coughenour and stated their reasons - GRANTED.