AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

Brian William Elm,

    Defendant.

**NOTICE**

CASE NUMBER: 1:05-cr-00053-006

[ **X** ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | **413** |
| | DATE AND TIME |
| | **October 10, 2006 at 11:00 a.m.** |

TYPE OF PROCEEDING

*Sentencing*

[ ] **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | | |

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

September 15, 2006

DATE

Leilani R. Toves Hernandez

/s/ (BY) DEPUTY CLERK

TO: U.S. Attorney's Office
     Curtis C. Van de Veld
     U.S. Probation Office
     U.S. Marshals Service