

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
OCT 10 2006
MARY L.M. MORAN
CLERK OF COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT JUDGE

Deputy Clerk: Julie Mahnke

Court Reporter: Wanda Miles       Date 10/10/06

---
SENTENCING MINUTES  11:05 – 11:46:26
---

CASE NO. CR 05-53       U. S. v. Brian William Elm

U.S. Atty: Johnson       Deft.Atty: Van De Veld

USPO M. Cruz       Intrp. _____

Guideline range determined by the court: Total Offense Level 26
Criminal History Category 4   Imprisonment range: 92-115 months
Supervised release range _____   Fine range: _____

**SENTENCE IMPOSED:** (✓) IMPRISONMENT FOR A TERM OF 84 months to run concurrent with CR-05-00021.
(✓) SUPERVISED RELEASE  ( ) PROBATION   FOR A TERM OF 4 years

CONDITIONS OF SUPERVISION/PROBATION:
(✓) Standard conditions and those set forth in the PSI.
( ) Substance abuse conditions ( ) Mental health conditions
( ) Financial Conditions ( ) No re-entry into U.S. without permission.
(✓) Fine waived     ( ) Fine in the amount of _____
( ) Restitution in the sum of _____
(✓) Necessary Penalty Assessment for each count must be paid.
( ) Cost of incarceration ( ) to be paid   ( ) waived.
The Court departs from the guidelines for the following reasons:
 those set forth in the PSI.
( ) Deft. is permitted to self-report. (✓) Deft. remains in custody.
( ) Deft. is remanded to the custody of the U. S. Marshal.
( ) Motion to dismiss remaining counts is granted.
(✓) Court recommends incarceration at Lompoc
(✓) Defendant advised of right to appeal.
OTHER: Defendant's Sentence of 84 months to run concurrent with CR-05-00021.