VAN DE VELD SHIMIZU CANTO&FISHER
Counselors and Attorneys At Law
Dela Corte Bldg., Suite 101
167 E. Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886

Attorney for Defendant-Appellant: Brian William Elm

FILED
DISTRICT COURT OF GUAM
OCT 18 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 05-00053-006 |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | **NOTICE OF APPEAL** |
| vs. ) | |
| ) | |
| BRIAN WILIAM ELM, ) | |
| ) | |
| Defendant-Appellant. ) | |

NOTICE IS HEREBY GIVEN that the Defendant-Appellant BRIAN WILLIAM ELM, through Defendant's court appointed counsel, hereby appeals Defendant-Appellant's conviction and sentence imposed in the above entitled case to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted this Wednesday, October 18, 2006.

VAN DE VELD SHIMIZU CANTO&FISHER

_____
CURTIS C. VAN DE VELD, ESQ.
*Attorney for Defendant-Appellant*
*BRIAN WILLIAM ELM*

ORIGINAL

# CERTIFICATE OF SERVICE

I, CURTIS C. VAN DE VELD, certify that I caused a copy of the foregoing document here filed, to be served on counsel for Plaintiff UNITED STATES OF AMERICA on October 18, 2006, via hand delivery at the following address:

Ms. Karon V. Johnson, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
District Of Guam
Criminal Division
6th Floor, Sirena Plaza
108 Hernan Cortes Avenue
Hagåtña, Guam 96910

Dated: Wednesday, October 18, 2006.

**VAN DE VELD SHIMIZU CANTO & FISHER**

*(signature)*

CURTIS C. VAN DE VELD, ESQ.
*Attorney for Defendant-Appellant*

CCV:ccv
VSCF/N.M. P.R. CASTRO/CR000609