LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

NOV - 7 2006

**MARY L.M. MORAN
CLERK OF COURT**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00053-006 |
| Plaintiff-Appellee, | ) | |
| v. | ) | **NOTICE OF CROSS-APPEAL** |
| BRIAN WILLIAM ELM, | ) | |
| Defendant-Appellant. | ) | |

Notice is hereby given that the United States of America, by and through undersigned counsel, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit, the defendant's final judgment of conviction and sentence imposed on October 10, 2006.

Respectfully submitted this _7th_ day of November, 2006.

.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

ELM.NOA.Nov2006

ORIGINAL