# United States District Court
DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

**MARY L.M. MORAN**
CLERK OF COURT

June 14, 2007

TEL: (671) 473-9100
FAX: (671) 473-9152

Office of the Appellate Commissioner
Attention: Peter L. Shaw
U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94119-3939

**Re:  Our Criminal Case No. 05-00053-006**
**Court of Appeals No. 05-10641**
**U.S.A. - vs - Brian William Elm**

Dear Mr. Shaw:

Pursuant to the Order, filed May 25, 2007, I forwarded the information to Mr. John Gorman, Federal Public Defender, for his assistance in locating counsel for the above named appellant. Unfortunately, our Criminal Justice Act Panel no longer accepts appellate appointments and Mr. Gorman was unable to locate counsel. Therefore, I am requesting your assistance in locating counsel for Mr. Elm.

If you require any further information, I may be reached at (671) 473-9137 or via e-mail leilani_hernandez@gud.uscourts.gov.

Thank you.

Sincerely,

Leilani R. Toves Hernandez
Deputy Clerk

Enclosure
cc:   U.S. Attorney's Office, Guam