# UNITED STATES DISTRICT COURT
# ~~CENTRAL~~ DISTRICT OF ~~CALIFORNIA~~ GUAM

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __06-10641__   U.S. District Court Case No. __CR-05-00053-06-RBL__

Short Case Title __United States v. Elm__

Date Notice of Appeal Filed by Clerk of District Court __October 18, 2006__

---

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | SEE ATTACHMENT HERETO | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

**FILED**
DISTRICT COURT OF GUAM
JUL 13 2007
MARY L.M. MORAN
CLERK OF COURT

(attach additional page for designations, if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(XX) As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __~~June 29, 2007~~ July 6, 2007__

Type or Print Name __Richard D. Rome__

Signature of Attorney/Pro Per Litigant __Richard D. Rome__   Phone Number __818/994-8761__

Address: __7100 Hayvenhurst Avenue, Penthouse C, Van Nuys, CA 91406__

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 556-9800.

## SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

(1) Pick up form from District Court Clerk's Office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper, if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies, if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

U.S. v. Elm
CR-05-00053-06-RBL
06-10641
**Attachment to Transcript Designation and Ordering Form**

| Date | Court Reporter |
|---|---|
| March 24, 2006 | Wanda Miles |
| April 11, 2006 | Wanda Miles |
| April 14, 2006 | Wanda Miles |
| May 8, 2006 | Wanda Miles |
| May 9, 2006 | Wanda Miles |
| May 10, 2006 | Wanda Miles |
| May 11, 2006 | Wanda Miles |
| May 12, 2006 | Wanda Miles |
| May 15, 2006 | Wanda Miles |
| May 16, 2006 | Wanda Miles |
| May 17, 2006 | Wanda Miles |
| May 18, 2006 | Wanda Miles |
| May 19, 2006 | Wanda Miles |
| August 30, 2006 | Wanda Miles |
| October 10, 2006 | Wanda Miles |
| October 11, 2006 | Wanda Miles |