UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Court of Appeals** |
| ) | **Docket Number** <u>06-10641</u> |
| Plaintiff-Appellee, ) | |
| ) | |
| vs. ) | District Court |
| ) | Docket Number <u>**CR-05-00053-006**</u> |
| ) | |
| BRIAN WILLIAM ELM, ) | |
| ) | |
| Defendant-Appellant. ) | |
| ) | |

## **CERTIFICATE OF RECORD**

This Certificate is submitted in conformance with the U.S. Court of Appeals for the Ninth Circuit Rule 11-2. The record on appeal, consisting of reporter(s) transcripts (if any) and the U.S. District Court clerk's record is ready for the purpose of the appeal. This record is available for use by the parties in the office of the District Court Clerk.

The documents comprising the District Court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedures. These documents numbers are reflected on the District Court docket sheet and should be used for reference purposes in the briefs.

Appeals in Habeas Corpus and 28 U.S.C. §2255 Motion to Vacate Sentence cases are treated as civil appeals in the Court of Appeals. Criminal appeal briefing schedules have been set by Time Schedule Order and no new schedule will be issued upon the filing of this document.

JEANNE G. QUINATA, Clerk of Court
DISTRICT COURT OF GUAM

By: _____
Deputy Clerk

Dated: _____August 16, 2007_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **06-10641**  U.S. District Court Case No. **CR-05-00053-06-RBL**

Short Case Title **United States v. Elm**

Date Notice of Appeal Filed by Clerk of District Court **October 18, 2006**

---

### SECTION A - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | SEE ATTACHMENT HERETO | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

**FILED**
DISTRICT COURT OF GUAM
JUL 13 2007
MARY L.M. MORAN
CLERK OF COURT

(attach additional page for designations, if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(XX) As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered **July 6, 2007**

Type or Print Name **Richard D. Rome**

Signature of Attorney/Pro Per Litigant _Richard D. Rome_   Phone Number **818/994-8761**

Address: **7100 Hayvenhurst Avenue, Penthouse C, Van Nuys, CA 91406**

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 556-9800.

### SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

(1) Pick up form from District Court Clerk's Office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper, if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies, if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

A-9 (08/97) CA9-036(10/1/82)   **TRANSCRIPT DESIGNATION AND ORDERING FORM**

COPY ONE

U.S. v. Elm
CR-05-00053-06-RBL
06-10641

**Attachment to Transcript Designation and Ordering Form**

| Date | Court Reporter |
|---|---|
| March 24, 2006 | Wanda Miles |
| April 11, 2006 | Wanda Miles |
| April 14, 2006 | Wanda Miles |
| May 8, 2006 | Wanda Miles |
| May 9, 2006 | Wanda Miles |
| May 10, 2006 | Wanda Miles |
| May 11, 2006 | Wanda Miles |
| May 12, 2006 | Wanda Miles |
| May 15, 2006 | Wanda Miles |
| May 16, 2006 | Wanda Miles |
| May 17, 2006 | Wanda Miles |
| May 18, 2006 | Wanda Miles |
| May 19, 2006 | Wanda Miles |
| August 30, 2006 | Wanda Miles |
| October 10, 2006 | Wanda Miles |
| October 11, 2006 | Wanda Miles |