UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

UNITED STATES OF AMERICA     )
                Plaintiff,     )     USDC CR Cs. No. 05-00053-06
                            )
      vs.     )     **REQUEST TO RELEASE**
                            )     **PRE-SENTENCE REPORT**
BRIAN ELM,     )
               Defendant.     )
_____     )

**Re:   Request to Release Pre-sentence Report**

     On October 24, 2007, the U.S. Probation Office received a letter from defendant's appellate attorney, which requested for a copy of the pre-sentence investigation report and any addendums for purpose of appeal of conviction. A copy of the attorney's letter and appointment in case is attached. The pre-sentence report and other material is protected from disclosure and may not be compelled except under circumstances, to include: if there exists explicit authority to disclose such information; if the court determines there is demonstrated compelling need for disclosure; and if the court, at its discretion, authorizes such disclosure. The pre-sentence report and addendum may be pertinent to the defendant's appeal and the authority to release materials is respectfully requested.


                     Respectfully submitted,

                     ROSSANNA VILLAGOMEZ-AGUON
                     Acting Chief U.S. Probation Officer

        By     /s/ CHRISTOPHER J. DUENAS
                     U.S. Probation Officer Specialist


## RICHARD D. ROME
Attorney At Law
7100 Hayvenhurst Avenue, Penthouse Suite C
Van Nuys, California 91406

(818) 994-8761                                    Fax (818) 994-1891

October 18, 2007

United States Probation Office
U.S. Courthouse, Second Floor
520 W. Soledad Avenue
Hagatna, Guam  96910

Attn:  Rosanna Villagomez-Augon

Re:  United States v. Brian Elm
     D.C. No. CR-05-00053-06-RBL
     Appeal No. 06-10641

Dear Ms. Villagomez-Augon:

Our office has been appointed by the Ninth Circuit Court of
Appeals to appeal the conviction of Mr. Brian Elm's criminal case.
We are in need of the presentence report, a copy of which we have
been unable to obtain.  We were advised by the United States
Attorney's Office to contact your office for a copy.  We would be
most appreciative if you could forward a copy and any addendums
that may exist.  I am enclosing a copy of the court order
appointment us to the case.

Thank you in advance for your assistance in this regard.  Please
advise if you need further information.

Very truly yours,

RICHARD D. ROME
Attorney at Law

RDR:djr
Enclosure

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT COUNSEL (5-99)

| 1. CIR/DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| | Brian William Elm | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | CR 05-00053-06-RBL | CA 06-10641 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA v. Elm | ☐ Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☒ Appeal | ☐ Adult Defendant   ☒ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>Other: | |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Richard D. Rome
7100 Hayvenhurst Ave., Suite C
Van Nuys, CA  91406

Telephone Number: (818) 994-8761

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (Only provide per instructions)

**13. COURT ORDER**

☒ O  Appointing Counsel     ☐ C  Co-Counsel
☐ F  Subs For Federal Defender   ☐ R  Subs for Retained Atty.
☐ P  Subs For Panel Attorney    ☐ Y  Standby Counsel

Prior Attorney's Name: _____

    Appointment Date: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR

☐ Other (See Instructions)

_Signature_

Signature of Presiding Judicial Officer or By Order of the Court

    6/14/2007
Date of Order     Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment    ☐ YES   ☐ NO

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| TOTALS | | | | | |
| 16. a. Interview and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| TOTALS | | | | | |
| 17. Travel Expenses (Lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|---|
| FROM: _____ TO: _____ | | | |

**22. CLAIM STATUS**   ☐ Final Payment   ☐ Interim Payment Number _____   Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____     Date _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APPR./CERT. |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |