UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>BRIAN WILLIAM ELM,<br><br>Defendant - Appellant. | No. 06-10641<br>D.C. No. CR-05-00053-06-RBL<br>District of Guam, Agana<br><br>**MANDATE** |

The judgment of this Court, entered \*\*/\*\*/\*\*, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Theresa Benitez
Deputy Clerk