RETURNED RECORDS

DATE: August 19, 2008

TO: **District Court of Guam**
**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagatna, Guam 96910**

FROM: U.S. Court of Appeals, Ninth Circuit
By Hon. Pamela A. Rymer

CA # 06-10641
DC # CR-05-00053-JCC

TITLE: U.S. v. Brian Elm

RECORD RETURNED TO DISTRICT COURT:

1 VOL. CLERK'S RECORDS (Docket Sheet)
10 VOL. TRANSCRIPTS
3 VOL. EXHIBITSDOCS
0 VOL. SEALED DOCS.

cc: Records Unit, USCA - S.F.



-1-